JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BRISENO,<br><br>    Plaintiff,<br><br>    v.<br><br>TUNNELS APPAREL WHOLESALE, et al.,<br><br>    Defendants. | Case No. CV 16-5422 FMO (JCx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of November, 2016.

/s/
Fernando M. Olguin
United States District Judge